Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Edrick Ladon McCarty # 6010350
)
) Case No.   23-3125-JWL
)
) (to be filled in by the Clerk's Office)
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

EL DORADO CORRECTIONAL OFFICER'S

Kurtis Grimmett / Stacy Rose
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Edrick Ladon McCarty
All other names by which you have been known: 
ID Number: 60l0350
Current Institution: Larned Correctional Mental Health Facility
Address: 1318 Ks. Hwy 264
Larned, KS. 67550
City / State / Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Kurtis Grimmett
Job or Title *(if known)*: Correction Officer
Shield Number: N/A
Employer: El Dorado Correctional Facility
Address: P.O. Box 311
El Dorado, KS. 67042
City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name: Stacy Rose
Job or Title *(if known)*: Correction Officer
Shield Number: N/A
Employer: El Dorado Correctional Facility
Address: P.O. Box 311
El Dorado, KS. 67042
City / State / Zip Code

☐ Individual capacity   ☐ Official capacity

Page 2 of 11

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. WHEN CORRECTIONAL OFFICIAL KURTIS GRIMMETT PICKED ME UP AFTER BEING MACED BECAUSE I FROZE, BODY LOCKED UP, CAUSE I WAS NOT PROVIDED MY MEDS. PICKING ME UP OFF MY FEET, SLAMMING ME ONTO MY HEAD, IS USE OF FORCE VIOLATING PROTOCOL, AS NURSE ERIN GOMEZ, STATED, OFFICIAL GRIMMETT DID NOT HAVE NO REASON TO SLAM MR. McCARTY, MYSELF ON MY HEAD. USING ILLEGAL FORCE, THAT COULD HAVE CAUSED SERIOUS TRAUMA TO MY HEAD OR BRAIN SWELLING.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. I MCCARTY # C010350 WAS BEING ESCORTED FROM UNIT TEAMS OFFICE, BY OFFICERS GRIMMETT, AND ROSE BACK TO MY SLAM CELL. IN EL DORADO CORRECTIONAL FACILITY. VIOLATING MY 8th AMEND. OF CRUEL AND UNUSUAL PUNISHMENT FOR SLAMMING ME ON MY HEAD, VIOLATED PROTOCOLS, AND MY 4th AMEND OF FEELING SAFE AND SECURE WHILE SERVING MY SENTENCE IN EL DORADO CORRECTIONAL FACILITY. VIOLATED MY 14th AMEND. DENIED MY EQUAL PROTECTION RIGHTS FOR PROPER PROTOCOL, AND DUE PROCESS TO SEE IF I NEEDED MEDICAL TREATMENT FOR A BRAIN SWELL, FRACTURED SKULL.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. THIS HAPPENED IN EL DORADO CORRECTIONAL FACILITY

Defendant No. 3
   Name: N/A
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   [ ] Individual capacity  [ ] Official capacity

Defendant No. 4
   Name: N/A
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   [ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I CLAIM MY 8th Amend. HAS BEEN VIOLATED BECAUSE CORRECTION OFFICIAL (KURTIS GRIMMETT) AFTER PEPPER SPRAYING ME IN THE FACE, USED AGGRESSIVE FORCE TO PICK ME, McCARTY #010350, UP AND SLAM ME ON MY HEAD CAUSING A LARGE CONTUSION ON MY HEAD. TOOK ME TO SHOWER OFF MACE, THAN VIOLATED MY 4th Amend. OF BEING SAFE AND SECURE IN A PENA INSTITUTION, VIOLATED MY 14th Amend. BECAUSE HE FAILED TO TAKE ME TO MEDICAL VIOLATION OF PROTOCAL, & DUE PROCESS.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N/A

C. What date and approximate time did the events giving rise to your claim(s) occur? CAN'T GIVE SPECIFIED TIMES BECAUSE OF SOME MEMORY IN ACTUAL TIMES, IT IS AROUND MIDDLE OF SEPTEMBER ___, 2022

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I HAVE A SEVERE HEAD CONTUSION, SLOW SLURRING WHEN I TALK, THIS NEVER HAPPENED TO ME BEFORE, EL DORADO CORRECTIONAL OFFICIAL KURTIS GRIMMETT PICKED ME UP, SLAMMED ME ON MY HEAD AFTER PEPPER SPRAYING ME, AS STACY ROSE CORRECTIONAL OFFICER STOOD BY AND ALLOWED THIS TO HAPPEN AND EL DORADO NURSING STAFF ERIN GOMEZ STATED "THAT, THAT TYPE OF FORCE WAS UNNECESSARY, WHEN HE WAS ALREADY MACED AND COULD NOT SEE."

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I SUSTAINED HEAD TRAUMA, MY SLURRING HAS GOTTEN WORSE, SLOW MOBILITY THAN USUAL, WAS NOT ALLOWED TO SEE MEDICAL FOR MORE INJURIES, ERIN GOMEZ THE NURSE JUST TOOK MY BLOOD PRESSURE, HEART RATE, AND SENT ME BACK TO MY SLAM CELL, I COMPLAINED OF HEADACHES, PRESSURE WAS DENIED MEDICAL ATTENTION; FOR PAIN AND SUFFERING THINKING SOMETHING WAS WRONG IN MY FRONTAL LOBE AREA, FRONT OF HEAD, AND RIGHT SIDE OF MY HEAD.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I SEEK RELIEF OF $500,000.00, FIVE HUNDRED THOUSAND DOLLARS, FOR DAMAGES OF PAIN AND SUFFERING A ~~TRAUM~~ TRAUMATIC HEAD CONTUSION, AND NO MEDICAL ATTENTION BEING PROVIDED TO ME VIOLATION OF DUE PROCESS, AND PROTOCOLS BY EL DORADO CORRECTION OFFICER KURTIS GRIMMETT

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). EL DORADO CORRECTIONAL FACILITY.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? MY GRIEVANCE CLAIMS IF THE FACILITY HAS NOT DESTROYED ANY OF MY OFFICIAL EVIDENCE.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? EL DORADO CORRECTIONAL FACILITY.

2. What did you claim in your grievance? THAT OFFICIAL KURTIS GRIMMETT MACED ME AS I WAS COMING AND GOING FROM UNIT TEAMS OFFICE, BECAUSE MY BODY FROZE FROM LACK OF MY MEDICATION. WAS ORDERED TO MOVE, COULDNT, SO OFFICIAL GRIMMETT, MACED ME, STACY ROSE HELD ME, I WAS HANDCUFFED BEHIND MYSELF, THAN WAS PICKED UP AND SLAMMED ON MY HEAD, TAKEN BACK TO MY SLAM CELL WITH DENYING GETTING MEDICAL ATTENTION.

3. What was the result, if any? WAS IGNORED AND LEFT IN MY SLAM CELL WITH NO FURTHER OBSERVATION OF MEDICAL HELP

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* PROCESS IS COMPLETE, ONLY DENIED ALL THE WAY TO TOPEKA.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

N/A

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
    Plaintiff(s)  Edrick Laden McCarty # 6010350
    Defendant(s)  Kurtis Grimmet / Stacy Rose

2. Court *(if federal court, name the district; if state court, name the county and State)*
    U.S. District Court

3. Docket or index number
    5:22-CV-03024-SAC

4. Name of Judge assigned to your case
    Sam A. Crow

5. Approximate date of filing lawsuit
    2/4/2022

6. Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition. February 18, 2022

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* THE CASE WAS DISMISSED BECAUSE I DID NOT UNDERSTAND WHAT A CLAIM MEANT, TO BE WRITTEN TO THE COURTS. BECAUSE OF MY LACK OF KNOWLEDGE IT WAS DISMISSED WITHOUT PREJUDICE

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s)   N/A
      Defendant(s)   N/A

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      N/A

   3. Docket or index number
      N/A

   4. Name of Judge assigned to your case
      N/A

   5. Approximate date of filing lawsuit
      N/A

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition   N/A

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      N/A.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 4, 2023

Signature of Plaintiff: *Edrick La'don McCarty*
Printed Name of Plaintiff: Edrick La'don McCarty
Prison Identification #: 6010350
Prison Address: 1318 KS HWY 264, LARNED, KS, 67550
Larned, Kansas 67550

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address: